UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EBER RIVERA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 13-11789-IT |
| | * | |
| MICHAEL THOMPSON, | * | |
| | * | |
| Respondent. | * | |

ORDER OF DISMISSAL

September 1, 2016

TALWANI, D.J.

Pursuant to the court's <u>Memorandum and Order</u> [#35], the petition under 28 U.S.C. § 2254 for a writ of habeas corpus is hereby dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge