UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EBER RIVERA, | * |
| Petitioner, | * |
| v. | * Civil Action No. 13-cv-11789-IT |
| MICHAEL A. THOMPSON, | * |
| Respondent. | * |

## WRIT OF HABEAS CORPUS

January 10, 2018

TALWANI, D.J.

Pursuant to the Judgment of the United States Court of Appeals for the First Circuit, see J. [#52], the court hereby GRANTS Petitioner Eber Rivera's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [#1] and vacates the convictions challenged in the Petition.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge